UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: JOSE L. LINARES
Court Reporter: PHYLLIS LEWIS

Date: 01-08-09
Docket No: 05cr482-JLL-03

Title of the Case:

UNITED STATES OF AMERICA
v.
ARISMA THEODORE

Appearances:

Donna Galluccio, AUSA
Elizabeth H. Smith, Attorney for Defendant

Additional Appearance: Susan Smalley, USPO

Nature of Proceedings: **Sentence**

SENTENCE: 27 **months** on Counts 1s & 2s of Information (to run concurrent)
SUPERVISED RELEASE: **3 years** on Counts 1s & 2s of the Information (to run concurrent)
SPECIAL CONDITIONS:
- Internal Revenue Service
- Full Financial Disclosure
- No New Debt
- Occupational Restriction
- DNA Collection

Special Assessment: $200.00 due immediately
Restitution: $ 7,075,020.49
Defendant was advised of her right to appeal.
Court makes following recommendation to BOP: a facility near the Deft's home
Court ORDERED Deft. to voluntarily surrender by 03/ 02/09 at or before 12:00 p.m.
Hearing on Govt's application to dismiss Counts 1, 5 & 7 of Indictment. Court ORDERED application GRANTED.

Commenced: 10:30 a.m.
Concluded: 11:40 a.m.

*Lissette Rodriguez*

Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.