# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ARISMA THEODORE,<br><br>Defendant. | Criminal Action No.: 05cr-482-JLL-03<br><br>**ORDER** |

The Court has received and reviewed Defendant, Arisma Theodore's request for an extension of his surrender date of March 2, 2009, dated February 5, 2009. After consideration of Defendant's request and the Government's communication to this Court in opposition to same of February 10, 2009, it is hereby ordered that Defendant, Arisma Theodore's request is DENIED.

Dated: February 10, 2009

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE