UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: JOSE L. LINARES
Court Reporter:  PHYLLIS LEWIS

Date:  05/26/2016
Docket No: 05-482-JLL-03

<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v.
ARISMA THEODORE

<u>Appearances:</u>
Andrew Kogan, AUSA
Kevin J. Roe, Attorney for Defendant
Anthony Nisi & Jaquitta Mitchell, USPO

<u>Nature of Proceedings:</u> **(Violation of Supervised Release)**
Deft. present
Sentence: 1 Day of Supervision
Violation No. 2 Dismissed by Govt.

Commenced: 11:48 a.m.
Concluded:   12:00 p.m.

.

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Honorable Jose L. Linares, U.S.D.J.